IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO BRANCH

| | |
|---|---|
| JAMES ESOIMEME<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIRLINES, INCORPORATED, | NO.  C 02 5347 BZ<br><br>**ORDER SETTING MATTER BACK ON ACTIVE CASE LIST; SETTING CASE MANAGEMENT CONFERENCE** |

　　The court has noted that Defendant United Airlines has emerged from Chapter 11 under the Bankruptcy Act, and accordingly, the Plaintiff has requested that this matter be placed back on the court's active case calendar. Accordingly, the matter will be placed back on the active case list, and set for Case Management Conference. Good cause appearing,

　　IT IS HEREBY ORDERED that this is matter is placed back on the court's active calendar, and that it be, and it is hereby set for Case Management Conference on _Sept 18_, 2006, at _4_ p.m. Joint Statement due Sept 8 2006

Date: _18 Aug 06_

　　　　　　　　　　　　　　　　_/s/ Bernard Zimmerman_
　　　　　　　　　　　　　　　　Honorable Bernard Zimmerman
　　　　　　　　　　　　　　　　Magistrate Judge of the Northern District Court

C:\Documents and Settings\bwoodson\My Documents\Client\ESOIMEME\ordersettingmatterbackonactivelist.wpd

<u>Order Setting Matter Back</u>
<u>on Active List; Setting CMC</u>　　　　　　　　1