1  WILLIAM N. WOODSON III SBN 73224
   **WOODSON & ALLEN, LLP**
2  41669 Date St., Suite 200
   Murrieta, CA 92562
3  (951) 698-1122
   FAX (951) 894-2246
4  wnw@woodsonallen.com

5
   Attorney Plaintiff James Esoimeme
6

7

8            IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO BRANCH
10

11  JAMES ESOIMEME                    )      NO.  C 02 5347 BZ
                                       )
12          Plaintiff,                 )      **STIPULATION  AND  ORDER
                                       )      C O N T I N U I N G    C A S E**
13          vs.                        )      **MANAGEMENT CONFERENCE**
                                       )
14  UNITED AIRLINES, INCORPORATED,     )
                                       )
15          Defendant.                 )
                                       )
16

17

18        PLAINTIFF JAMES ESOIMEME and Defendant United Airlines, Inc., hereby stipulate

    that the Case Management Conference current set for September 18, 2006, may be continued to
19
    October 23, 2006, at 4:00 p.m.
20

21

22

23
    Date: _Sep 18, 2006_              Woodson & Allen, LLP
24                                    For Plaintiff James Esoimeme
                                      by William N. Woodson III
25                                    _____
                                      William N. Woodson III
26

27

28  **Order Continuing CMC**                    1

1
2
3    Date: 09/18/06                    Ms. Theresa R. Shea
                                        For United Airlines, Inc.
4
5                                        Theresa R. Shea
6
7          SO ORDERED.
8          SEP 1 8 2006
           Date: _____
9                                        Honorable Bernard Zimmerman
10                                       Magistrate Judge of the Court.
11
12
13
14
15
16    C:\Documents and Settings\bwoodson\My Documents\Client\ESODMEMPrulpaniorderscntinuingCMC.wpd
17
18
19
20
21
22
23
24
25
26
27
28    **Order Continuing CMC**                    2