1  WILLIAM N. WOODSON III SBN 73224
   **WOODSON & ALLEN, LLP**
2  41669 Date St., Suite 200
   Murrieta, CA 92562
3  (951) 698-1122
   FAX (951) 894-2246
4  wnw@woodsonallen.com

5
   Attorney Plaintiff James Esoimeme
6

7

8            IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO BRANCH

11
   JAMES ESOIMEME               )    NO.  C 02 5347 BZ
12                              )
             Plaintiff,         )    **REPORT OF STATUS AND
13                              )    STIPULATION AND ORDER
             vs.                )    CONTINUING CASE
14                              )    MANAGEMENT CONFERENCE**
   UNITED AIRLINES, INCORPORATED, )
15                              )
             Defendant.         )
16  _____)

17

18       PLAINTIFF JAMES ESOIMEME and DEFENDANT UNITED AIRLINES, INC.,
19  [UAL] hereby report on the status of this matter and stipulate that the Case Management
20  Conference current set for October 23, 2006, may be continued to a date convenient to the court.
21       1.   Plaintiff reports that the summons and complaint have been again served on UAL
22            since it has emerged from Chapter 11 proceedings under the Bankruptcy Reform
23            Act.
24       2.   UAL takes the position that this action should not proceed because it asserts
25            Plaintiff did not make a claim against it in the bankruptcy action and therefore will
26            make a motion to dismiss the action.
27
28  Order Continuing CMC                    1

1  Accordingly, the parties request that the Court continue the CMC currently set for
2  October 23, 2006 at 4:00 p.m. to a date convenient to the Court.

4  Date: 10/19/06                Woodson & Allen, LLP
                                  For Plaintiff James Esoimeme
5                                 by William N. Woodson III

7  _____/s/_____
   William N. Woodson III

10 Date: 10/19/06                Ms. Theresa R. Shea
                                  For United Airlines, Inc.

13 _____/s/_____
   Theresa R. Shea

### ORDER

SO ORDERED. The CMC currently set of October 23, 2006 is continued to January 22, 2006 at 4:00 p.m. *following any hearing on a motion, whichever comes first*

Date: 19 Oct 06

_____
Honorable Bernard Zimmerman
Magistrate Judge of the Court.

Order Continuing CMC                    2