ARTHUR M. EIDELHOCH, Bar No. 168096
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UNITED AIR LINES, INC.

WILLIAM N. WOODSON,III., Bar No. 073224
A Professional Law Corporation
325 E. Mission Road
Fallbrook, CA 92028
Telephone: 760.723.3710
Facsimile: 760.723.3711

Attorneys for Plaintiff
JAMES ESOIMEME

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESOIMEME,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED AIR LINES, INC.,<br><br>             Defendants. | Case No. C-02-5347 BZ<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING** |

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-02-5347 BZ

## STIPULATION

The parties hereto agree, stipulate and request an Order as follows:

Defendant shall have an extension of time up to and including December 21, 2006 to file and serve a responsive pleading.

The foregoing is in the best interests of the parties.

Dated: November ___, 2006

_____
WILLIAM N. WOODSON,III., Bar No. 073224
A Professional Law Corporation
Attorney for Plaintiff
JAMES ESOIMEME

Dated: November _13_, 2006

_____
ARTHUR M. EIDELHOCH, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AIR LINES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-02-5347 BZ

## STIPULATION

The parties hereto agree, stipulate and request an Order as follows:

Defendant shall have an extension of time up to and including December 21, 2006 to file and serve a responsive pleading.

The foregoing is in the best interests of the parties.

Dated: November ___, 2006

_____
WILLIAM N. WOODSON, III., Bar No. 073224
A Professional Law Corporation
Attorney for Plaintiff
JAMES ESOIMEME

Dated: November 13, 2006

_____
ARTHUR M. EIDELHOCH, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AIR LINES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-02-5347 BZ

## ORDER

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The last day for Defendants to file and serve a responsive pleading shall be December 21, 2006.

IT IS SO ORDERED.

Dated: __December 5, 2006__    _____
BERNARD ZIMMERMAN
MAGISTRATE JUDGE

Firmwide:81674804.1 052664.1057

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(Seal: United States District Court, Northern District of California)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. Case No. C-02-5347 BZ