1  ARTHUR M. EIDELHOCH, Bar No. 168096
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490

5  Attorneys for Defendant
   UNITED AIR LINES, INC.
6

7  WILLIAM N. WOODSON, III., Bar No. 073224
   A Professional Law Corporation
8  325 E. Mission Road
   Fallbrook, CA 92028
9  Telephone: 760.723.3710
   Facsimile: 760.723.3711
10

11 Attorneys for Plaintiff
   JAMES ESOIMEME

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 JAMES ESOIMEME,                    Case No. C-02-5347 BZ

15           Plaintiffs,

16    v.                              STIPULATION AND ORDER TO
                                      CONTINUE CASE MANAGEMENT
17 UNITED AIR LINES, INC.,            CONFERENCE

18           Defendants.

19

20                          **STIPULATION**

21       1.   On October 19, 2006, the Court set a Case Management Conference on
22 "January 22, 2007 at 4:00 p.m. or following any hearing on a motion [to dismiss by Defendant]
23 whichever comes first." (See Report of Status and Stipulation and Order Continuing Case
24 Management Conference.)

25       2.   On December 21, 2006, Defendants filed the contemplated Motion to
26 Dismiss. The Motion to Dismiss is set for hearing on February 7, 2007. (See Defendant United Air
27 Lines, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Complaint, or in the Alternative, to
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE                                            Case No. C-02-5347 BZ

Jan 10 07 11:26a    Woodson And Allen LLP        9518942246                    p.2
Case 3:02-cv-05347-BZ   Document 36   Filed 01/11/07   Page 2 of 3
Case 3:02-cv-05347-BZ   Document 35-1   Filed 01/10/2007   Page 2 of 3

1  Vacate All Pending Dates Because This Case Is Enjoined by Operation of Law.)

2       3.  The Parties agree that it would not be productive to hold a Case Management Conference prior to a ruling on Defendant's Motion to Dismiss. ~~[stricken text]~~ Given the ~~[stricken text]~~ the time, effort and expense required to prepare and file a Joint Case Management Conference Statement, it is in the Parties respective best interests to continue the date for filing a Case Management Conference Statement until a reasonable time after the Court has ruled on Defendant's Motion to Dismiss.

       4.  Therefore, the Parties jointly request that the Court continue the January 22, 2007 Case Management Conference until either a date which would allow the Parties to timely prepare and file the Case Management Conference Statement after the Court rules on the Motion to Dismiss, or to discuss the timing of and/or to schedule a Case Management Conference (and pre-conference statement) at the hearing on Defendant's Motion to Dismiss.

       The foregoing is in the best interests of the parties.

Dated: January 10, 2007

_____
WILLIAM N. WOODSON, III
A Professional Law Corporation
Attorney for Plaintiff
JAMES ESOIMEME

Dated: January 10, 2007

_____
ARTHUR M. EIDELHOCH, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AIR LINES, INC.

LITTLER MENDELSON
A Professional Corporation
653 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        2.        Case No. C-05-01777 MHP

Received   Jan-10-07  10:23am   From-9518942246   To-LITTLER MENDELSON   Page 002

## ORDER

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The Case Management Conference scheduled on January 22, 2007 is continued to __February 26, 2007__, 2007 at __4:00__ ~~am~~/pm. The Parties shall file a Joint Case Management Statement on or before __February 16,__ 2007.

~~or~~

~~The Case Management Conference scheduled on January 22, 2007 is canceled. The Parties shall be prepared to discuss the timing of and to schedule a Case Management Conference during the February 7, 2007 hearing on Defendant's Motion to Dismiss.~~

IT IS SO ORDERED.

Dated: January 11, 2007

BERNARD ZIMMERMAN
MAGISTRATE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:81891738.1 052664.1057

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         3.         Case No. Case No. C-02-5347 BZ