WILLIAM N. WOODSON III SBN 73224
**WOODSON & ALLEN, LLP**
41669 Date St.. Suite 200
Murrieta, CA 92562
(951) 698-1122
FAX (951) 894-2246
wnw@woodsonallen.com

Attorney Plaintiff, James Esoimeme

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| JAMES ESOIMEME<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INCORPORATED,<br><br>    Defendant. | NO. C 02 5347 BZ<br><br>**PLAINTIFF'S EX PARTE REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT DEFENDANT'S MOTION TO DISMISS RULE 12 (B) (6) AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    PLAINTIFF HEREBY REQUESTS PERMISSION to appear telephonically at the hearing on Defendant's Motion to Dismiss under Rule 12 (b)(6) and the Case Management

///
///
///
///
///
///

<u>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANT'S
MOTION TO DISMISS AND CMC: **[PROPOSED]** ORDER
CASE NO. C02-5347 BZ</u>
1

Conference set for February 7, 2007 at 10:00 a.m.

Date: January 29, 2007        Woodson & Allen, LLP
                              For Plaintiff James Esoimeme
                              by William N. Woodson III

                              /s/
                              _____
                              William N. Woodson III

## ORDER

Upon the application of Plaintiffs counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff may appear telephonically on February 7, 2007 at 10:00 a.m. at the hearing on Defendant's Motion to Dismiss under Rule 12(b)(6), and also at the Case Management Conference to follow.

Date: January 29, 2007

Honorable Bernard Zimmerman
Magistrate Judge

**DENIED**
Judge Bernard Zimmerman

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANT'S
MOTION TO DISMISS AND CMC: [PROPOSED] ORDER
CASE NO. C02-5347 BZ**
2