UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ESOIMEME, | ) |
| Plaintiff(s), | ) No. C02-5347 BZ |
| v. | ) **FURTHER BRIEFING ORDER** |
| UNITED AIRLINES, INC., | ) |
| Defendant(s). | ) |

It appears to the court that defendant's Rule 12(b)(6) motion to dismiss cannot be resolved without reliance on matters outside the pleadings, not all of which have been the subject of requests for judicial notice. It is therefore **ORDERED** as follows:

1) Defendants' motion is converted into a Rule 56 motion for summary judgment, which requires that "all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56." See Fed. R. Civ. P. 12(b).

2) The hearing scheduled for February 7, 2007 is **VACATED.**

1

1    3) Plaintiff's request, pursuant to Rule 56(f), to take
2 additional discovery pertaining to defendant's motion is
3 **GRANTED**, provided that such discovery is limited to the
4 matters raised in defendant's motion.
5    4) Plaintiff shall complete his additional discovery by
6 **February 28, 2007**.
7    5) Defendant, if it wishes, may by **February 21, 2007**
8 file further papers in support of its motion for summary
9 judgment.
10   6) Plaintiff, if he wishes, may file an opposition by
11 **March 7, 2007**;
12   7) Defendant may file a reply by **March 14, 2007**;
13   8) All evidence shall be filed in accordance with
14 Rule 56(c).
15   9) Defendant's motion for summary judgment shall be
16 heard on **March 21, 2007 at 10:00 a.m.** in Courtroom G, 15th
17 Floor, Federal Building, 450 Golden Gate Avenue, San
18 Francisco, California 94102.
19 Dated:   January 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ESOIMEME\FURTHER BRIEFING ORDER.BZ VERSION.wpd

2