1  WILLIAM N. WOODSON III SBN 73224
   **WOODSON & ALLEN, LLP**
2  41669 Date St.. Suite 200
   Murrieta, CA 92562
3  (951) 698-1122
   0AX (951) 894-2246
4  wnw@woodsonallen.com

5
   Attorney Plaintiff James Esoimeme
6

7

8                IN THE UNITED STATES DISTRICT COURT

9             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO BRANCH

11
   JAMES ESOIMEME                  )        NO.  C 02 5347 BZ
12                                 )
           Plaintiff,              )        **JOINT  STIPULATION  AND**
13                                 )        **~~PROPOSED~~ ORDER CONTINUING**
       vs.                         )        **HEARING  ON  DEFENDANT'S**
14                                 )        **MOTION  TO  DISMISS;  CASE**
   UNITED AIRLINES, INCORPORATED,  )        **MANAGEMENT CONFERENCE**
15                                 )
           Defendant.              )
16                                 )

17

18       THE PARTIES HERETO RECITE THE FOLLOWING STIPULATION:

19       The parties have begun limited discovery on the issues raised by Defendant's Motion to
20  Dismiss, re-characterized by the Court as a Motion for Summary Judgment, currently set for
21  hearing on March 21, 2007 at 10:00 a.m. (See Court's January 29, 2007 Further Briefing Order.)
22  In order to complete the discovery necessary to address the issues before the court, the parties
23  need a little more time given existing trial schedules, and the time requirements to complete the
24  discovery. Therefore, the parties agree that the court should continue the discovery due dates,
25  the briefing dates, and the hearing date approximately 30 to 45 days beyond that currently set.
26  In other words, the parties suggest that a discovery completion date of April 6, 2007 be entered,
27

28  **Stipulation and Order Continuing CMC**           1

1  a Defendant's further briefing due date of April 2, 2007 be entered, and a Plaintiffs Response
2  date of April 16, 2007 be entered. The hearing on Defendant's motion may then be set at the
3  court's discretion, some time later in April 2007, or at the court's discretion.
4
5  Date: 2/09/06              Woodson & Allen, LLP
                              For Plaintiff James Esoimeme
6                             by Joe L. Allen
7
8
9                             Joe L. Allen
10
11
12 Date: 2/09/06              Littler Mendelson P.C.
                              For United Airlines, Inc.
13                            by Arthur M. Eidelhoch
14
15
16                            Arthur M. Eidelhoch
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 **Stipulation and Order Continuing CMC**            2

## ORDER

Pursuant to the above stipulation of the parties, and good cause otherwise appearing therefore, IT IS HEREBY ORDERED as follows:

1. Discovery related to the matters raised in the motion shall be completed no later than April 6, 2007

2. The Defendant's additional briefing in support of the motion shall be filed no later than April 4, 2007.

3. Plaintiffs Response to Defendant's motion shall be filed no later than April 18, 2007; Defendant's reply shall be filed no later than April 25, 2007.

4. The hearing on Defendant's Motion for Summary Judgment is continued to May 2, 2007

Date: February 12, 2007

Honorable Bernard Zimmerman
Magistrate Judge of the Court

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

C:\Documents and Settings\CBarrera\Client files\Esoimeme\Pleadings\stip and order continuing CMC and other related dates.wpd

**Stipulation and Order Continuing CMC**        3