1  ARTHUR M. EIDELHOCH, Bar No. 168096
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490

5  Attorneys for Defendant
   UNITED AIR LINES, INC.
6
   WILLIAM N. WOODSON, III., Bar No. 073224
7  A Professional Law Corporation
   325 E. Mission Road
8  Fallbrook, CA 92028
   Telephone: 760.723.3710
9  Facsimile: 760.723.3711
10
   Attorneys for Plaintiff
11 JAMES ESOIMEME

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 JAMES ESOIMEME,                          Case No. C-02-5347 BZ

15            Plaintiffs,                   **STIPULATION AND ORDER TO
                                            ENLARGE TIME FOR DEFENDANT TO
16       v.                                 FILE BILL OF COSTS**

17 UNITED AIR LINES, INC.,

18            Defendants.

19

20                                **STIPULATION**

21       1.    On May 1, 2007, the Court issued an Order Granting Defendant's Motion to

22 Dismiss, and on May 2, 2007 the Court entered a Final Judgment in Defendant's favor.

23       2.    As Ordered by the Court, Defendant is entitled to recover its costs of suit.

24       3.    The Parties are in the process of negotiating an agreement which would

25 resolve all outstanding issues related to this case, including matters related to Defendant's costs and

26 Plaintiff's appeal rights. The Parties have reached or very nearly reached an agreement in principal

27 on such matters.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO ENLARGE TIME
TO FILE BILL OF COSTS                                    Case No. C-02-5347 BZ

1  4.  Plaintiff is presently out of the country in Nigeria and is not expected to return
2  to California for approximately the next three weeks. Therefore, the agreement referenced in
3  Paragraph 3, above, cannot be finalized until sometime in June 2007.

4  5.  The Parties agree that it would not be productive for Defendant to file the Bill
5  of Costs within the time provided by Local Rule 54-1(a) because the Parties anticipate that all costs-
6  related issues will be resolved without Court involvement once Plaintiff returns from Nigeria.

7  6.  Pursuant to Local Rule 6-1(b) and 6-2, the Parties jointly request that the
8  Court enlarge the time for filing of the Bill of Costs by five weeks to June 20, 2007.

9  7.  There have been no prior extensions of time related to the matter of
10 Defendant's Bill of Costs.

11 8.  The Parties agree that the foregoing is in their respective best interests.

12 Dated: May 15, 2007

              /s/William N. Woodson, III
13            WILLIAM N. WOODSON, III
              A Professional Law Corporation
14            Attorney for Plaintiff
              JAMES ESOIMEME
15

16 Dated: May 15, 2007

              /s/ Arthur M. Eidelhoch
17            ARTHUR M. EIDELHOCH
              LITTLER MENDELSON
18            A Professional Corporation
              Attorneys for Defendant
19            UNITED AIR LINES, INC.

20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO ENLARGE TIME
TO FILE BILL OF COSTS                     2.                    Case No. C-05-01777 MHP

## ORDER

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The time for Defendant United Air Lines, Inc. to file a Bill of Costs is extended to June 20, 2007.

IT IS SO ORDERED.

Dated: 16 May 07

BERNARD ZIMMERMAN
MAGISTRATE JUDGE

Firmwide:82470294.1 052664.1057

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO ENLARGE TIME TO FILE BILL OF COSTS    3.    Case No. Case No. C-02-5347 BZ